NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHIRISH SARAIYA, | **Hon. Dennis M. Cavanaugh** |
| Plaintiff, | **ORDER** |
| v. | Civil Action No. 10-2448 (DMC) (JAD) |
| WAYNE S. MARKS, *et al.*, | |
| Defendants. | |

DENNIS M. CAVANAUGH, U.S.D.J.:

This matter comes before the Court upon application of Plaintiff, Shirish Saraiya, to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915; and upon consideration of Plaintiff's application and affidavit;

**WHEREAS** Plaintiff receives $700.00 in monthly income, and has $100.00 in a savings or checking account;

**IT IS** on this 14 day of July, 2010;

**ORDERED** that Plaintiff's motion to proceed *in forma pauperis* is **granted**.[1]

Dennis M. Cavanaugh, U.S.D.J.

Original:  Clerk's Office
cc:  All Counsel of Record
 Hon. Joseph A. Dickson, U.S.M.J.
 File

---

[1] Although it is unclear whether the amount in controversy exceeds $75,000, Plaintiff's motion is granted based on the Court's diversity jurisdiction over the claims since it does appear from the Complaint that there is diversity of citizenship.